# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

BRYAN TARR,

    Petitioner,

v.

ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA,

    Respondent.

Case No. 16-CV-93 DMS (KSC)

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING PETITION FOR WRIT OF HABEAS CORPUS**

On January 14, 2016, Petitioner Bryan Tarr, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus challenging his judgment of conviction in San Diego Superior Court Case No. EDD7332 for contempt as a result of his failure to make complete spousal support payments. On April 11, 2017 Magistrate Judge Karen Crawford issued a Report and Recommendation ("R&R") recommending that the Court deny the Petition. Petitioner did not file objections to the R&R.

Having reviewed *de novo* the Magistrate Judge's R&R, the Court adopts the R&R in its entirety. Because Petitioner has not "made a substantial showing of the denial of a constitutional right[,]" the Court declines to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2). The Clerk of the Court shall enter the judgment accordingly and terminate this case.

1 **IT IS SO ORDERED.**
2 Dated: June 1, 2017

Hon. Dana M. Sabraw
United States District Judge